1   JOHN M. RUNFOLA SBN 96058
    Attorney at Law
2   Pier 9, Suite 100
    San Francisco, California 94101
3   Telephone: (415) 391-4243
    Facsimile: (415) 391-5161
4

5   Attorney for Defendant
    MIMI WANG
6
                        UNITED STATES DISTRICT COURT
7
                     NORTHERN DISTRICT OF CALIFORNIA
8
                          SAN FRANCISCO DIVISION
9

10
    UNITED STATES OF AMERICA,          )        CR No(s).CR 11-0804 MMC
11                                      )
              Plaintiff,                )
12                                      )
         v.                             )        **STIPULATION AND [PROPOSED]**
13                                      )        **ORDER CHANGING HEARING DATE**
    MIMI WANG,                          )
14                                      )
              Defendant.               )
15  _____ )

16

17
            Since the last calling of the case, the parties have engaged in disposition
18
    discussions regarding Ms. Wang's case.  This continuance is sought by counsel for the defense in
19
    order to provide additional time for effective preparation of counsel.  Counsel for the defense
20
    anticipates reaching a resolution of Ms. Wang's case in the next few weeks.   To preserve the
21
    Court's time, and to avoid the dislocation for the defendant that travel to Court entails, the parties
22
    propose moving the  hearing date.  Therefore, the parties respectfully request that the Court move
23
    the next hearing from March 28, 2012 to April 18, 2012.
24
            No party objects to the requested continuance.
25
            The parties request that the period from March 28, 2012 through April 18, 2012 also be
26

27  STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
28

excluded from any time limits applicable under 18 U.S.C. § 3161.  The parties agree that

granting the exclusion would allow the reasonable time necessary for effective preparation of

counsel and would preserve continuity of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The

parties also agree that the ends of justice served by granting such an exclusion of time outweigh

the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).


SO STIPULATED:


DATED: March 26, 2012            _____/s/_____
                                            JOHN RUNFOLA
                                            Attorney for CARL PITTS


DATED: March 26, 2012            _____/s/_____
                                            DAMALI TAYLOR
                                            Assistant United States Attorney


[PROPOSED] ORDER

For the reasons stated above, the Court finds good cause to change the date for the next

hearing from March 28, 2012  to April 18, 2012. The Court also finds that the exclusion from the

time limits applicable under 18 U.S.C. § 3161 of the period from March 28, 2012 through April

18, 2012  is warranted and that the ends of justice served by the continuance outweigh the best

interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).  The failure

to grant the requested exclusion of time would deny counsel for the defendant and for the

government the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C.

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE

1   §3161(h)(7)(B)(iv).

2

3         IT IS SO ORDERED.

4

5   DATED: March 27, 2012

6                                   THE HONORABLE JUDGE MAXINE CHESNEY

                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE