JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
MIMI WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MIMI WANG,<br><br>    Defendant. | CR No(s).CR 11-0804 MMC<br><br>**UNOPPOSED [PROPOSED] ORDER FOR ALTERNATIVE BRIEFING SCHEDULE**<br><br>**AND ORDER THEREON** |

      At the last calling of the case the Defendant's Motion to Suppress was scheduled to be heard on <u>June 27, 2012</u> at 2:15 p.m. with the following briefing schedule:

      Defense Motion Due: <u>May 30, 2012</u>

_____Opposition Due:     <u>June 13, 2012</u>

_____Reply Due:     <u>June 20, 2012</u>

_____Counsel for the Ms. Wang, and the counsel for the Government are seeking a Judicial Conference with Judge Laurel Beeler in an attempt to settle this case.  Counsel respectfully request a motion hearing date of <u>July 11, 2012</u> at 2:15 p.m. with the following alternative briefing schedule:

UNOPPOSED [PROPOSED] ORDER FOR ALTERNATIVE BRIEFING SCHEDULE

Defense Motion Due: <u>June 13, 2012</u>

_____Opposition Due:        <u>June 27, 2012</u>

_____Reply Due:              <u>July 3, 2012</u>

No party objects to the requested continuance and alternative briefing schedule.

The parties request that the period from June 27, 2012 through July 11, 2012 also be excluded from any time limits applicable under 18 U.S.C. § 3161.  The parties agree that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and would preserve continuity of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

DATED: May 25, 2012                    /s/
                                       JOHN RUNFOLA
                                       Attorney for MIMI WANG

DATED: May 29, 2012                    /s/
                                       DAMALI TAYLOR
                                       Assistant United States Attorney

[PROPOSED] ORDER

For the reasons stated above, the Court finds good cause to change the date for the motion hearing from June 27, 2012 to July 11, 2012 and impose the alternative briefing schedule. The Court also finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the

UNOPPOSED [PROPOSED] ORDER FOR ALTERNATIVE BRIEFING SCHEDULE

period from June 27, 2012 through July 11, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: May 31, 2012



THE HONORABLE JUDGE MAXINE CHESNEY
United States District Judge

UNOPPOSED [PROPOSED] ORDER FOR ALTERNATIVE BRIEFING SCHEDULE