IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0804 MMC |
| Plaintiff, | **ORDER OF REFERENCE** |
| v. | |
| MIMI WANG, | |
| Defendant.                                            / | |

In light of the parties' recent joint request to continue the briefing schedule and hearing on defendant's motion to suppress, for the purpose of "seeking a Judicial Conference with Judge Laurel Beeler in an attempt to settle this case" (see Document No. 19), the above-titled action is hereby REFERRED to Magistrate Judge Laurel Beeler for the purpose of conducting a settlement conference.

**IT IS SO ORDERED.**

Dated: May 31, 2012

MAXINE M. CHESNEY
United States District Judge