| | |
|---|---|
| 1 | JOHN M. RUNFOLA SBN 96058 |
| 2 | Attorney at Law<br>Pier 9, Suite 100 |
| 3 | San Francisco, California 94101<br>Telephone: (415) 391-4243 |
| 4 | Facsimile: (415) 391-5161 |
| 5 | Attorney for Defendant |
| 6 | MIMI WANG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No(s).CR 11-0804 MMC |
| Plaintiff, | ) | |
| v. | ) | **UNOPPOSED [PROPOSED] ORDER** |
| MIMI WANG, | ) | **FOR ALTERNATIVE BRIEFING** |
| Defendant. | ) | **SCHEDULE** |
| | ) | **AND ORDER THEREON** |

The Defendant's Motion to Suppress is currently scheduled to be heard on <u>July 11, 2012</u> at 2:15 p.m. with the following briefing schedule:

Defense Motion Due: <u>June 13, 2012</u>

_____Opposition Due:    <u>June 27, 2012</u>

_____Reply Due:    <u>July 3, 2012</u>

_____Counsel for the Ms. Wang, and the counsel for the Government are seeking a Judicial Conference with Judge Laurel Beeler in an attempt to settle this case. Counsel respectfully request a motion hearing date of <u>August 1, 2012</u> at 2:15 p.m. with the following alternative briefing schedule:

UNOPPOSED [PROPOSED] ORDER FOR ALTERNATIVE BRIEFING SCHEDULE

Defense Motion Due: <u>June 27, 2012</u>

_____Opposition Due:     <u>July 11, 2012</u>

_____Reply Due:           <u>July 18, 2012</u>

No party objects to the requested continuance and alternative briefing schedule.

The parties request that the period from July 11, 2012 through August 1, 2012 also be excluded from any time limits applicable under 18 U.S.C. § 3161. The parties agree that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and would preserve continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

DATED: June 04, 2012                        /s/
                                    JOHN RUNFOLA
                                    Attorney for MIMI WANG

DATED: June 08, 2012                        /s/
                                    DAMALI TAYLOR
                                    Assistant United States Attorney

[PROPOSED] ORDER

For the reasons stated above, the Court finds good cause to change the date for the motion hearing from July 11, 2012 to August 1, 2012 and impose the alternative briefing schedule. The Court also finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the

UNOPPOSED [PROPOSED] ORDER FOR ALTERNATIVE BRIEFING SCHEDULE

period from July 11, 2012 through August 1, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: June 12, 2012

THE HONORABLE JUDGE MAXINE CHESNEY
United States District Judge

UNOPPOSED [PROPOSED] ORDER FOR ALTERNATIVE BRIEFING SCHEDULE