JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
MIMI WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No(s).CR 11-0804 MMC |
| Plaintiff, ) | |
| v. ) | **UNOPPOSED [PROPOSED] ORDER** |
| MIMI WANG, ) | **FOR SETTING OF CHANGE OF PLEA HEARING** |
| Defendant. ) | **AND ORDER THEREON** |

_____Counsel for Ms. Wang, and the counsel for the Government had a Judicial Settlement Conference with Judge Laurel Beeler on June 25, 2012. The case was settled as this conference. Counsel respectfully request the motion hearing currently set for August 1, 2012 at 2:15 p.m be vacated and that a change of plea hearing be set for July 11, 2012 at 2:15p.m.

No party objects to the requested hearing date changes.

//

//

UNOPPOSED [PROPOSED] ORDER FOR SETTING OF CHANGE OF PLEA HEARING

SO STIPULATED:

DATED: July 06, 2012                /s/
                                    JOHN RUNFOLA
                                    Attorney for MIMI WANG

DATED: July 06, 2012                /s/
                                    DAMALI TAYLOR
                                    Assistant United States Attorney

## [PROPOSED] ORDER

For the reasons stated above, the Court finds good cause to vacate the motion hearing date of August 1, 2012 and set a change of plea hearing date for July 11, 2012 at 2:15 p.m.

IT IS SO ORDERED.

DATED: July 9, 2012                 _____
                                    THE HONORABLE JUDGE MAXINE CHESNEY
                                    United States District Judge

UNOPPOSED [PROPOSED] ORDER FOR SETTING OF CHANGE OF PLEA HEARING