IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-0804 MMC |
| Plaintiff, | **ORDER DENYING DEFENDANT'S APPLICATION FOR SENTENCE REDUCTION** |
| v. | |
| MIMI WANG, | |
| Defendant. / | |

Before the Court is defendant Mimi Wang's "Application for Sentence Reduction," filed September 3, 2015, which the Court construes as a request for a reduction of her sentence under Amendment 782 to § 1B1.10 of the United States Sentencing Guidelines. On October 3, 2015, the Office of the Public Defender filed in response thereto a "Notice of Non-Intervention; Status Report," pursuant to Miscellaneous Order 2014.10.14, in which it states it has nothing further to add to defendant's request and is not seeking to intervene in the matter. Thereafter, on October 8, 2015, the United States Probation Office filed a "Sentence Reduction Investigation Report," recommending no reduction in defendant's sentence, for the reason that, in light of Amendment 782, the amended guideline range applicable to defendant is 135 to 168 months, and defendant's sentence of 99 months is already less than the minimum of said amended range. The Probation Office's report also states that the government is in agreement with the Probation Office's recommendation.

Having read and considered the motion and the responses thereto, the Court finds, for the reasons stated by the Probation Office, said defendant is not entitled to a reduction of her sentence. See U.S.S.G. § 1B1.10(b)(2)(A) (providing sentence may not be reduced "to a term that is less than the minimum of the amended guideline range").

Accordingly, defendant's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: October 9, 2015

MAXINE M. CHESNEY
United States District Judge